FILED
CLERK, U.S. DISTRICT COURT

JAN 11 2008

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

**LINK: 33**

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **OTIS WILLIAMS**, an individual, | Case No. CV 07-7006-GAF (PJWx) |
| Plaintiff, | |
| vs. | |
| **SBE ENTERTAINMENT GROUP**, a California limited liability company, (reputedly doing business as "**SAHARA HOTEL & CASINO**" (Las Vegas, NV), and as **THE CONGO THEATER** (Las Vegas, NV)); **LINCOLN CENTER** (Ft. Collins, CO), a business entity of unknown form and capacity; **LARRY MARSHAK**, an individual; **BARRY SINGER**, an individual; **CHARLIE MALICK**, an individual; **DCPM OPERATIONS, INC.**, a reputed corporation of unknown domicile; **MICK SCULLY**, an individual; **CAPITOL INTERNATIONAL PRODUCTIONS, INC.**, a reputed corporation of unknown domicile; **WILLIAM L. CARON**, an individual; **CARLOS M. LARRAZ**, an individual; **NATIONAL ARTISTS CORPORATION OF NEVADA**, a reputed Maryland corporation; **GLENN LEONARD**, an individual; **ALI WOODSON**, an individual; **BARRINGTON HENDERSON**, an individual, and **DOES 1** through **30**, inclusive, Defendants. | **PRELIMINARY INJUNCTION ORDER** |

1    For the reasons set forth in the Court's Order Re: Preliminary Injunction,

2  issued concurrently herewith, Defendants Stockbridge/SBE Holdings, LLC (sued as

3  SBE Entertainment Group LLC, (dba Sahara Hotel & Casino (Las Vegas, NV) and

4  The Congo Theater (Las Vegas, NV))), Lincoln Center (Ft. Collins, CO), Larry

5  Marshak, Barry Singer, Charlie Malick, DCPM Operations, Inc., Mick Scully, Capitol

6  International Productions, Inc., William L. Caron, Carlos M. Larraz, National Artists

7  Corporation of Nevada, Barrington Henderson, and Glenn Leonard, and their various

8  and respective agents, servants, representatives, trustees, receivers, affiliates,

9  attorneys, partners, officers, employees, and any and all persons, firms, corporations,

10  or other entities controlled by or in privity with Defendants, are **HEREBY ENJOINED**

11  from:

12    Infringing upon or otherwise in any manner using the mark "The Temptations"

13  or the words "Temptation" or "Temptations," or any other name which is confusingly

14  similar thereto or derivative thereof, in any manner, in any way connected or

15  associated with live musical performances.

16    a.    This injunction precludes Defendants from, but is not limited to, using

17  the mark in advertising, promoting, or booking, live performances and/or authorizing

18  others to use the mark to reference live performances.

19    b.    This injunction precludes Defendants from, but is not limited to, using

20  the names or phrases:

21       I.    "Legendary Lead Singers of the Temptations"

22       ii.   "The Temptations Review"

23       iv.   "The Temptations Review Featuring [the name of any person(s)

24            or entit(y)(ies)]" or

25       v.    "The Temptations Reunion."

26    c.    This injunction precludes Defendants from, but is not limited to,

27  causing, aiding, abetting, or assisting any person or entity in advertising for or

28  conducting or presenting live musical performances that in any way use "The

1  Temptations" name or any other name which is confusingly similar thereto or

2  derivative thereof.

3

4       This Preliminary Injunction is conditioned, and shall become immediately

5  effective, upon Plaintiff posting with the Clerk of this Court a bond, deposit, or other

6  acceptable form of surety in the sum of $ 25,000_____, within 10_____

7  days from the date upon which this Order is signed by the Court.

8

9

10       IT IS SO ORDERED.

11

12  DATED:  January 11, 2008

13  _____

14  Judge Gary Allen Feess
    United States District Court

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2