JS - 6   **LINK:**

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OTIS WILLIAMS,<br><br>    Plaintiff,<br><br>vs.<br><br>SBE ENTERTAINMENT GROUP; LARRY MARSHAK; BARRY SINGER; CHARLES MELICH; DCPM OPERATIONS, INC.; MICK SCULLY; CAPITOL INTERNATIONAL PRODUCTIONS, INC.; WILLIAM L. CARON; CARLO M. LARRAZ; NATIONAL ARTISTS CORP. OF NEVADA; GLENN LEONARD; and BARRINGTON HENDERSON,<br><br>    Defendants. | **Case No. CV 07-07006 GAF (PJWx)**<br><br>JUDGMENT |

    The Court, having reviewed the terms of the Settlement Agreement executed by plaintiff Otis Williams and defendant Barrington Henderson, and

    The Court, having entered a permanent injunction concurrently herewith against Henderson pursuant to the parties' stipulation for entry of permanent injunction,

1  Judgment is hereby entered in favor of Williams on all claims brought against
2  Henderson.  The terms of the parties' Settlement Agreement are hereby rendered fully
3  operative, enforceable, and binding upon both parties.
4
5  **IT IS SO ORDERED.**
6
7  DATED: August 25, 2009
8
9  _____
10  Judge Gary Allen Fees
    United States District Court