UNITED STATES DISTRICT COURT,

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **OTIS WILLIAMS**, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>**SBE ENTERTAINMENT GROUP**, *etc., et al.*,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS | CASE NUMBER: 07-CV-07006-GAF (PJWx)<br><br>**JUDGMENT OF PERMANENT INJUNCTION AGAINST DEFENDANT GLENN LEONARD** |

Upon the settlement agreement and stipulation of Plaintiff OTIS WILLIAMS and Defendant GLENN LEONARD, entry of permanent injunction is GRANTED, as follows:

Defendant GLENN LEONARD, his employees, officers, agents, attorneys, successors and assigns, and all those acting in active concert and/or participation with any of them, who shall receive actual notice of this Order, are hereby PERMANENTLY ENJOINED from engaging in the following activities, or in any of them:

    (1)    Directly or indirectly infringing upon the goodwill associated with plaintiff's service mark "The Temptations";

///

1     (2)    Directly or indirectly infringing upon the trade name "The Temptations" or using plaintiff's trade name in any manner, including generally but not limited to advertising, promoting, performing, and/or exhibiting the services of defendant Henderson or of anyone else that infringes said trade name;

    (3)    Engaging in any conduct that tends falsely to represent , or is likely to confuse, mislead, or deceive purchasers, defendant Henderson's customers, and/or members of the public believe, that the actions of defendant Henderson, including the advertisement, promotion, performance, and/or exhibition of any performance or performers under the name "The Temptations,"  or any similar incarnation of the name, are sponsored, approved, or licensed by plaintiff, or are in some way associated, affiliated, or connected with plaintiff and/or with "The Temptations";

    (4)    Affixing, applying, annexing, or using in connection with the advertisement, promotion, performance, and/or exhibition of any performance or performers under the name "The Temptations,"  or any similar incarnation of the name, a false description or representation, including words or false symbols tending to describe or represent such goods or services as being those of plaintiff;

    (5)    Diluting and/or infringing plaintiff's trade name "The Temptations," and/or damaging plaintiff's goodwill, reputation, and business;

    (6)    Effecting assignments or transfers, granting purported licenses, forming new entities or associations, or utilizing any other means or device for the purpose of circumventing or otherwise avoiding the prohibitions set forth in paragraph (1) through (5), above.

Pursuant to Fed.R.Civ P. 54 (b), the court hereby makes an express determination that there is no just reason for delay, and expressly directs entry of this judgment of permanent injunction, forthwith.

The Court further Orders that the counterclaim of GLENN LEONARD on file herein is dismissed forthwith, with prejudice.

///

1     The Court further Orders that the separate related action entitled <u>Live Gold etc., et al., v. UMG etc., et al.</u> on file in this District Court as Case No. 09-cv-00417 is likewise dismissed forthwith, with prejudice.

    This Order is without prejudice as to the joint and several obligation of GLENN LEONARD in respect to this Court's previous finding of contempt and award of sanctions thereon as against the said Defendant GLENN LEONARD, in respect to which this Court retains jurisdiction.

IT IS SO ORDERED.

DATED:   February 5, 2010

_____
Gary A. Feess,
Judge of the United States District Court