LINK:

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 07-7006 GAF (PJWx) | Date | February 23, 2010 |
|---|---|---|---|
| Title | Otis Williams v. SBE Entertainment Group, et al | | |

| Present: The Honorable | **GARY ALLEN FEESS** | | |
|---|---|---|---|
| Renee Fisher | None | | N/A |
| Deputy Clerk | Court Reporter / Recorder | | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: | |
| None | | None | |

**Proceedings:**     **(In Chambers)**

## ORDER TO SHOW CAUSE

This case having been scheduled for a Pre-Trial Conference on Monday, February 22, 2010, and Plaintiff having failed to submit the proper pre-trial conference documents and having failed to appear in court at the time scheduled for the pre-trial conference, IT IS HEREBY ORDERED that Plaintiff must SHOW CAUSE why the present lawsuit should not be dismissed for failure to prosecute.

The response to this OSC is due on or before the close of business on **Monday, March 1, 2010**. Failure to respond to the OSC will result in dismissal of those claims remaining in the action.

**IT IS SO ORDERED.**