LINK:

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 07-7006 GAF (PJWx) | Date | March 19, 2010 |
|---|---|---|---|
| Title | Otis Williams v. SBE Entertainment Group, et al | | |

| Present: The Honorable | **GARY ALLEN FEESS** | | |
|---|---|---|---|
| Renee Fisher | None | | N/A |
| Deputy Clerk | Court Reporter / Recorder | | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: | |
| None | | None | |

**Proceedings:**     **(In Chambers)**

## ORDER VACATING TRIAL DATE

The Court has received Plaintiff's response to the Court's March 5, 2010 order to show cause. Attached to Plaintiff's response is a draft stipulation setting forth the terms of a proposed judgment. However, Defendant Singer's counsel has neither signed the stipulation nor contacted Plaintiff's counsel with regard "to finalizing the agreed-upon remaining language." (Docket No. 333.) Accordingly, Defendant Singer is **ORDERED** to file a status report **no later than the close of business on Friday, March 26, 2010**, regarding settlement of the remaining issues in this case. Failure to respond to the Court's order will be deemed consent to Plaintiff's proposed judgment.

Because these matters must be resolved before proceeding in this case, the Court hereby **VACATES** the March 23, 2010 trial date.

**IT IS SO ORDERED.**